

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00337-CR

**CASSANDRA S. TANNER,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

### From the Justice Court
### McLennan County, Texas
### Trial Court No. T2009-1542-J3

## MEMORANDUM  OPINION

This appeal from the justice court is dismissed for lack of jurisdiction.  *See* TEX.

CODE CRIM. PROC. ANN. art. 45.042(a) (West 2006) (providing for appeal from justice

court to county court); *see also id.* art. 4.03 (West Supp. 2012).


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 17, 2013
Do not publish
[CR25]